**SUSAN M. SMALLEY, ESQ.**
CHIEF U.S. PROBATION OFFICER

**LUIS R. GONZALEZ**
SUPERVISING U.S. PROBATION OFFICER

**DONALD L. MARTENZ, JR.**
SUPERVISING U.S. PROBATION OFFICER

**KEVIN J. MULLENS**
SUPERVISING U.S. PROBATION OFFICER

February 26, 2019

**U.S. COURTHOUSE**
**50 WALNUT ST.**
**ROOM 1001**
**NEWARK, NJ 07102**
**(973) 645-6161**
**FAX: (973) 645-2155**

www.njp.uscourts.gov

The Honorable John M. Vazquez
United States District Court Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, New Jersey 07102

18-715

RE: Boykins, Paul
Dkt. No.: 1:11-CR-520-02-RWS
<u>Request for Status Conference</u>

Dear Judge Vazquez:

On November 19, 2012, Paul Boykins was sentenced by The Honorable Richard W. Story in the Northern District of Georgia, to 70 months imprisonment, followed by a 3-year term of supervised release, for the offenses of conspiracy to make false statements and representations to a federally licensed firearms dealer and possession of a firearm by a convicted felon. Boykins was ordered to pay a $200 special assessment and abide by the following special conditions: 1) participation in a drug and alcohol treatment program, and 2) search and seizure. We received jurisdiction of Boykins' case on November 29, 2018.

On December 14, 2017, a compliant was filed by Millburn Police Department charging Boykins with shoplifting a $850 pair of sunglasses. On May 8, 2018, the charges were dismissed because of prosecutorial discretion.

On January 10, 2018, during a home visit, Boykins was involved in a verbal altercation with a former girlfriend, at which time the police were called to the scene, but no complaints were filed. Boykins previously had police contact for the same type of domestic issues. Boykins was arrested on January 14, 2018 for an unresolved warrant issued for using a cellular device with driving in January 2011 and had to post bail. Boykins appeared before Judge Richard Story on August 24, 2018 for a revocation hearing and was ordered to serve 90 days on location monitoring.

Boykins was once again arrested on October 10, 2018 and charged with wandering in a drug zone. He was arrested along with four other men in a high crime section of Jersey City, New Jersey. One of Boykins codefendants, Anthony Beckham, is a convicted felon and was charged with possession of marijuana, and possession of a firearm. The new arrest was disposed of in Hudson County Superior Court and charges were dismissed. The Northern District of Georgia was notified of the

new arrest but requested that the final revocation hearing scheduled for November 1, 2018 be cancelled.

Boykins was arrested once again by East Orange Police Department on February 20, 2019 for failure to pay child support and was released on February 21, 2019. We are respectfully requesting a status conference before Your Honor to address the non-compliance issue. If Your Honor wishes to discuss this matter, or order an alternative course of action, please contact the undersigned at (973) 986-0623.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: Maria D. Goodwater
U.S. Probation Officer

/mdg

Request granted .
An in person status conference is scheduled for March 5, 2019 at 10:00 a.m.

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:   2/8/19