# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Paul Boykins<br><br>        Defendant. | Criminal Action No. 18-715 (JMV)<br><br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 5th day of March, 2019,

**ORDERED** that Candace Hom, Esq. from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

                                                          /s/ John Michael Vazquez
                                                          John Michael Vazquez, U.S.D.J.