PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Paul Boykins  Cr.: 18-00715-001
PACTS #: 62797

Name of Sentencing Judicial Officer:  THE HONORABLE JOHN M. VAZQUEZ
UNITED STATES DISTRICT COURT JUDGE

Date of Original Sentence: 11/19/2012

Original Offense:  Count One: Conspiracy To Defraud The United States, 18:371.F
Count Two: Possession of a Firearm by a Convicted Felon, 18:922G.F

Original Sentence: 70 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment - $200, Drug Treatment, Alcohol Treatment, Search/Seizure, Substance Abuse Testing

Type of Supervision: Supervised Release  Date Supervision Commenced: 06/27/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number  Nature of Noncompliance

1.  On April 28, 2019, Paul Boykins was arrested for failure to pay child support.

U.S. Probation Officer Action:

Paul Boykins provided proof that he made a child support payment the day before the warrant was filed. Unfortunately, the payment had not been processed and the warrant was removed from the system at the time of his arrest. The Probation Officer has been in contact with child support enforcement at Essex County Superior Court, and we will be updated on Mr. Boykin's payments.

Respectfully submitted,

*Maria D. Goodwater/nm*
By: Maria Goodwater
U.S. Probation Officer
Date: 05/16/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5/20/19
_____
Date